UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GAYNELL MARTIN**                                      **CIVIL ACTION**

**VERSUS**                                              **NO. 14-2061-ILRL-SS**

**CAROLYN W. COLVIN, ACTING
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION**

<u>ORDER</u>

   The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

   IT IS ORDERED that:  (1) the cross-motion of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration ("Commissioner"), for summary judgment (Record Document Number 17) is **GRANTED**; and (2) the motion of the plaintiff, Gaynell Martin, for summary judgment (Record Document Number 15) is **DENIED**.

   New Orleans, Louisiana, this 4th day of August, 2015.

                                           _____
                                           United States District Judge